RECEIVED
JUL 1 2 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| RACHEL J. ADAMS d/b/a READINGS BY FAITH | CIVIL ACTION NO. 11-1484 |
|---|---|
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| CITY OF ALEXANDRIA | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that a declaratory judgment is entered and the City of Alexandria Ordinance 15-127 is declared unconstitutional as violating citizens' rights under the First Amendment of the United States Constitution. The request for injunctive relief is PRETERMITTED and may be reurged if necessary.

In so ruling we do note by way of supplement to footnote 1, that tarot cards come in many forms, some dating back centuries, having evolved from European card games in the medieval period. Tarot decks are often 78 card decks, consisting of face cards (sometimes called Major Arcana) and number cards, much like a modern card deck. Modern card decks of 52 cards evolved probably from the early tarock, tarocchi or tarot decks. It is usually the 22 face cards

that are used in fortune telling. We note also with interest that the "art" of fortune telling proliferates in front of St. Louis Cathedral, in the City of New Orleans, apparently without incident.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 11 day of July, 2012.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**